UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EFRAIN COBOS, | Case No. CV 08-07152 JSL (AN) |
|     Petitioner, | |
| v. | JUDGMENT |
| MICHAEL A. SMELOSKY, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: April 25, 2009

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE